```
 1  BRIAN J. SMITH, ESQ.
    Nevada Bar No. 11279
 2  MICHAEL P. O'ROURKE, ESQ.
 3  Nevada Bar No. 6764
    SMITH & O'ROURKE, PC
 4  700 South Third Street
 5  Las Vegas, Nevada 89101
    Telephone: (702) 380-8248
 6  Facsimile: (702) 382-7595
 7  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAROLYN CHIDTHAI, an individual, | Case No. 2:11-cv-01229-PMP -LRL |
| Plaintiff, | |
| v. | PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CLARK COUNTY |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Nevada Corporation; CLARK COUNTY, a Nevada Corporation; and DOES I through X, and ROE CORPORATIONS I through X, | |
| Defendants. | |

Plaintiff, Carolyn Chidthai, by and through her counsel of record, hereby voluntarily dismisses, without prejudice, her complaint against Defendant Clark County pursuant to F.R.Civ.P 41. Defendant Clark County has not filed an answer in the above-entitled action.

RESPECTFULLY SUBMITTED this 11th day of October, 2011.

SMITH & O'ROURKE, PC

IT IS SO ORDERED.

_____
PHILIP M. PRO
U.S. DISTRICT JUDGE

Dated: October 12, 2011.

____/s/ Michael P. O'Rourke_____
MICHAEL P. O'ROURKE, ESQ.
Nevada Bar No. 6764
SMITH & O'ROURKE, PC
700 South Third Street
Las Vegas, Nevada 89101
Tel: (702) 380-8248  Fax: (702) 382-7595
Attorneys for Plaintiff