BRIAN J. SMITH, ESQ.
Nevada Bar No. 11279
MICHAEL P. O'ROURKE, ESQ.
Nevada Bar No. 6764
SMITH & O'ROURKE, PC
700 South Third Street
Las Vegas, Nevada 89101
Telephone: (702) 380-8248
Facsimile: (702) 382-7595
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAROLYN CHIDTHAI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Nevada Corporation; CLARK COUNTY, a Nevada Corporation; and DOES I through X, and ROE CORPORATIONS I through X,<br><br>Defendants. | Case No. 2:11-cv-01229-PMP -LRL<br><br>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CLARK COUNTY |

Plaintiff, Carolyn Chidthai, by and through her counsel of record, hereby voluntarily dismisses, without prejudice, her complaint against Defendant Clark County pursuant to F.R.Civ.P 41.  Defendant Clark County has not filed an answer in the above-entitled action.

RESPECTFULLY SUBMITTED this 11th day of October, 2011.

SMITH & O'ROURKE, PC

____/s/ Michael P. O'Rourke_____
MICHAEL P. O'ROURKE, ESQ.
Nevada Bar No. 6764
SMITH & O'ROURKE, PC
700 South Third Street
Las Vegas, Nevada 89101
Tel: (702) 380-8248 Fax: (702) 382-7595
Attorneys for Plaintiff

IT IS SO ORDERED.

_____
PHILIP M. PRO
U.S. DISTRICT JUDGE

Dated:  October 12, 2011.